**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAENARD TOSEN,**

      **Plaintiff,**

**v.**                                            **Case No: 6:20-cv-1816-ACC-DCI**

**WASTE PRO USA, INC. and**
**WASTE PRO OF FLORIDA, INC.,**

      **Defendants.**

**ORDER**

This cause is before the Court on Motion for Settlement (Doc. 12) filed on January 20, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 25, 2021 (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Settlement is hereby **GRANTED**.

3. The Court finds the Agreement (Doc. 12-1) is a fair and reasonable settlement of Plaintiff's claims under the FLSA.

4. The case is **DISMISSED with prejudice.**

5. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on February 9, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties